In the Matter of NIAGARA FALLS POWER COMPANY, Appellant, against JOHN L. HALPIN et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion to substitute John White in place of John L. Halpin as one of the defendants-respondents granted. Motion for leave to appeal to the Court of Appeals granted. This court hereby certifies the following question to the Court of Appeals: Does the petition constitute the proper procedure for determining the constitutionality of Laws of 1943, chapter 46? [See *ante,* p. 797.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

NIAGARA FALLS POWER COMPANY, Appellant, v. JOHN L. HALPIN et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Decision of this court, handed down December 28, 1943 [*ante,* p. 236], amended to read as follows: Judgment appealed from reversed on the law, with costs and disbursements to appellant, and motion to dismiss the complaint denied, with ten dollars costs, with leave to respondents to serve an answer within twenty days after the service of a copy of the order to be entered hereon with notice of entry. Except to review the order herein the individual defendants are stayed from taking any proceeding to fix the rentals in chapter 46 of the Laws of 1943, until the final determination of the question certified by the Court of Appeals. All concur.

NIAGARA FALLS POWER COMPANY, Appellant, v. JOHN L. HALPIN et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion to substitute John White in place of John L. Halpin as one of the defendants-respondents granted. Motion for leave to appeal to the Court of Appeals granted. This court hereby certifies the following question to the Court of Appeals: Does the complaint state facts sufficient to constitute a cause of action? [See *ante,* p. 236; *post,* p. 926, *sub nom. Niagara Falls Power Co.* v. *White.*] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

GEORGE A. BLOODGOOD, Appellant, v. MARY E. LYNCH et al., Respondents. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 797.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

RUTH E. JONES, as Administratrix of the Estate of FRANK E. JONES, Deceased, Respondent, v. VERNA M. GRAY, as Administratrix of the Estate of SAMUEL M. GRAY, Deceased, Appellant. (Action No. 1.) MYRTIS E. PLOSS, as Limited Administratrix of the Estate of EDWARD PLOSS, Deceased, Respondent, v. VERNA M. GRAY, as Administratrix of the Estate of SAMUEL M. GRAY, Deceased, Appellant. (Action No. 2.) MABEL A. TONE, as Administratrix of the Estate of FRANK L. TONE, Deceased, Respondent, v. VERNA M. GRAY, as Administratrix of the Estate of SAMUEL M. GRAY, Deceased, Appellant, et al., Defendants. (Action No. 3.) — Motion for stay. Motion granted, and proceeding stayed until the opening of the March, 1944, term of this court. [See *ante,* p. 242.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

WILLIAM C. MASON, Respondent, v. ELECTROL, INCORPORATED, Appellant.— Motion for leave to appeal to the Court of Appeals granted, with ten dollars costs. This court hereby certifies the following question to the Court of Appeals: Should defendant's motion for judgment on the pleadings have been granted? [See *ante,* p. 216.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.